# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| **Plaintiff,** | **8:23CR107** |
| vs. | |
| RIEK J. KUANY, | **ORDER** |
| **Defendant.** | |

This matter is before the Court on the defendant's pro se motion (Filing No. 49) requesting the Clerk of Court provide him with a copy of his docket sheet, plea agreement, and sentencing transcripts without payment of costs.

On April 26, 2024, the Court accepted the defendant's plea of guilty to counts and I, III, and IV of the Indictment. (Filing No. 43). In accordance with a Plea Agreement (Filing No. 41), on April 29, 2024, he was sentenced to a term of 56 months' imprisonment on count I and 56 months' imprisonment on count III to be served concurrently; 84 months' imprisonment on count IV to be served consecutive to the sentence imposed on counts I and III; 3 years' supervised release with special conditions on counts I, III, and IV to run concurrently; $17,574 in restitution; and a $300 special assessment. (Filing Nos. 43-44). The defendant did not appeal. Other than this motion for copies, the defendant has no motions or cases pending before this court. The defendant has made no showing as to why he needs these documents, and he does not have the right to receive copies of documents without payment, even if he is indigent. *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Neither statutory authority nor this Court's practice requires the provision of free copies of court records to the defendant under these circumstances. Therefore, the Court is not inclined to order copies of the requested documents at the government's expense. The defendant may pay for the requested copies at the established rate of 50¢ per page. Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 49) requesting free copies is denied. The defendant may pay for the requested copies at the established rate of 50¢ per page.

Dated this 5th day of June, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge